**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Damon Stepp, | No. CV-22-01463-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Regional Public Transportation, | |
| Defendant. | |

Pending before the Court is Defendant's Motion for Leave to File Exhibits to the Declaration of Joshua Waltman Under Seal. (Doc. 32).

Defendant has separately filed a Motion to Enforce Settlement Agreement (Doc. 31), which this Court shall address at a later date. In support of that Motion, Defendant wishes to attach as exhibits the parties' email negotiations and the settlement agreement itself, as Exhibits A and B. Defendant seeks to seal these documents because they reveal settlement strategy and terms—including the settlement amount. (Doc. 32 at 1-2). Defendant argues that the Court should allow it to file these exhibits under seal because doing so will protect the Parties' interest in keeping private their settlement discussions, strategy and the settlement amount and will advance the public's interest in encouraging settlements, while allowing public access to all other portions of the record. (Id. at 2).

For good cause shown,

**IT IS HEREBY ORDERED granting** Defendant's Motion. (Doc. 32).

**IT IS FURTHER ORDERED directing** the Clerk of the Court to file the

unredacted exhibits (Exhibits A and B) of the Declaration of Joshua Waltman under seal.

Dated this 13th day of March, 2023.

_____
Honorable Stephen M. McNamee
Senior United States District Judge